## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 232 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. Goreaciuc | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to defendant Igori Goreaciuc.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|