UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | No. 08-CR-232 |
| | ) | |
| **IGORI GOREACIUC,** | ) | JUDGE KEYS |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE/FILING

I hereby certify that on April 8, 2008, I manually filed an Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all parties involved.

and I hereby certify that on April 8, 2008, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

None

                                                          Respectfully submitted,
                                                          DZIEDZIAK & MARCUS, P.C.


                                                          By: ___s/James I. Marcus____
                                                                James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St. Suite: 309
Chicago, Illinois 60603
Tel: (312)443-5600
Fax: (312)443-5601