Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 232 - 1 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Igori Goreaciuc | | |

**DOCKET ENTRY TEXT**

Defendant appears after apprenhension in New York. James Marcus is given leave to file his appearance as retained counsel for Defendant. Defendant waives preliminary examination. Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Defendant waives bond hearing. Defendant to remain in custody.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | VKD |
|---|---|---|