UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 232 |
| v. ) | |
| ) | Magistrate Judge Arlander Keys |
| IGORI GOREACIUC ) | |

**<u>Agreed Motion to Dismiss the Complaint Without Prejudice</u>**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the indictment against the defendant without prejudice.

1.   On March 19, 2008, GOREACIUC was charged in the instant case by way of a criminal complaint with having devised and participated in a wire fraud scheme between on or about August 2006 and February 2007.

2.   On April 17, 2008, a grand jury sitting in the Northern District of Illinois returned an indictment in case no. 07 CR 862 alleging that GOREACIUC and three co-defendants devised and participated in a wire fraud scheme.  Defendant GOREACIUC was charged in that indictment with three counts of wire fraud.  The charges in the indictment in case no. 07 CR 862 are based upon the same fraud scheme underlying the instant complaint.

3.   Counsel for defendant GOREACIUC has advised the government that he does not object to dismissal of the complaint in this case.

WHEREFORE, the United States respectfully requests that the Court enter a minute order dismissing the complaint against defendant GOREACIUC without prejudice.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

Date: June 23, 2008    By:   s Brian Hayes
**BRIAN HAYES**
Assistant U.S. Attorney
219 South Dearborn Street, 5TH Fl.
Chicago, Illinois 60604
(312) 353-4307

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**AGREED MOTION TO DISMISS THE
COMPLAINT WITHOUT PREJUDICE**

was served on **Monday, June 23, 2008,** in accordance with FED. R. CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/Brian Hayes
**BRIAN HAYES**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4307