# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
| **CASE NUMBER** | 08 CR 232 | **DATE** | 7/2/08 |
| **CASE TITLE** | USA vs. Goreaciuc | | |

**DOCKET ENTRY TEXT**

The Parties' Agreed Motion to Dismiss the Complaint Without Prejudice as to Igori Goreaciuc is granted,

Docketing to mail notices.

U.S. DISTRICT COURT
CLERK

| | | |
|---|---|---|
| | Courtroom Deputy | AC |

2008 JUL -8 AM 11:47
FILED-EDI